# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JUNE 29, 2016

### NO. 03-16-00137-CR

### Ex parte Daniel Lee Miller

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**DISMISSED AS MOOT -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order denying a petition for writ of habeas corpus signed by the trial court. Having reviewed the record, the Court concludes that the appeal is moot and should be dismissed. Therefore, the Court dismisses the appeal as moot. Because appellant is indigent for purposes of this proceeding, no adjudication of costs is made.